**Electronically Filed
Supreme Court
SCPW-20-0000390
03-JUN-2020
02:01 PM**

SCPW-20-0000390

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

TEKOA IKAIKA DENOMIE, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CASE NO. 1PC091001448)

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner Tekoa Ikaika Denomie's "Motion to Release Non-Violent Community Custody Prisoner From Custody with Special Release Terms and Conditions Amid Coronavirus COVID-19 BioTerrorism Pandemic," which was filed as a petition for writ of habeas corpus on May 27, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. <u>See</u> <u>Oili v. Chang</u>, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 3, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson